**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

ANDREW WOOD,

      Plaintiff,

v.                                      CIVIL ACTION NO. 5:25-cv-00735

WARDEN MESSENGER,

      Defendant.

**ORDER**

Pending is Plaintiff Andrew Wood's Verified Complaint, alleging violations of his constitutional and civil rights pursuant to *Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) [Doc. 2], filed December 15, 2025. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on March 4, 2026. Magistrate Judge Aboulhosn recommended that the Court dismiss Mr. Wood's Due Process and Equal Protection Clause claims as asserted in his Complaint and refer the matter anew for further proceedings on his Eighth Amendment deliberate indifference claim respecting his medical care.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's

right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 23, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 12**], **DISMISSES** Mr. Wood's Due Process and Equal Protection Clause claims as asserted in his Complaint, and **REFERS** the matter anew to Magistrate Judge Aboulhosn for further proceedings on Mr. Wood's Eighth Amendment deliberate indifference claim.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:  April 2, 2026

Frank W. Volk
Chief United States District Judge

2